```
KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188
```

Attorneys for Defendants
COINBASE, INC, BRIAN ARMSTRONG
and DAVID FARMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY BERK, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>COINBASE, INC., a Delaware Corporation d/b/a Global Digital Asset Exchange ("GDAX"), Brian Armstrong and David Farmer,<br><br>        Defendants. | Case No. 4:18-cv-01364-KAW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)**<br><br>Judge:     Hon. Kandis A. Westmore<br><br>Date Filed: March 1, 2018<br><br>Trial Date: None set |

Pursuant to Northern District of California Local Rule 6-1(a), Defendants Coinbase, Inc., Brian Armstrong and David Farmer (together, "Defendants") and Plaintiff Jeffrey Berk hereby stipulate that the time for Defendants to respond to Plaintiff's Complaint shall be extended to April 25, 2018.  This stipulated extension of time to respond will not conflict with any deadline set by the Court.

In accordance with Local Rule 5-1(i), Defendants' undersigned counsel, Steven P. Ragland, hereby attests that Robert S. Green, counsel for Plaintiff, concurs in the filing of this Stipulation.

Dated:  March 23, 2018                                                  KEKER, VAN NEST & PETERS LLP

By:  */s/ Steven P. Ragland*
STEVEN P. RAGLAND
BENJAMIN BERKOWITZ
ERIN E. MEYER

Attorneys for Defendants
COINBASE, INC., BRIAN ARMSTRONG and DAVID FARMER

Dated:  March 23, 2018                                                  GREEN & NOBLIN, P.C.

By:  */s/ Robert S. Green*
ROBERT S. GREEN
JAMES R. NOBLIN

Attorneys for Plaintiff
JEFFREY BERK