KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants
COINBASE, INC, BRIAN ARMSTRONG
and DAVID FARMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY BERK, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>        v.<br><br>COINBASE, INC., a Delaware Corporation d/b/a Global Digital Asset Exchange ("GDAX"), Brian Armstrong and David Farmer,<br><br>            Defendants. | Case No. 4:18-cv-01364-KAW<br><br>**DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:       Hon. Kandis A. Westmore<br><br>Date Filed: March 1, 2018<br><br>Trial Date: None set |

DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND
CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 4:18-cv-01364-KAW

1266940

1    Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that Coinbase, Inc. is a wholly-owned subsidiary of Coinbase Global, Inc.  No publicly-held corporation owns 10% or more of either Defendant Coinbase, Inc.'s stock or Coinbase Global, Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Coinbase Global, Inc.

If the Court interprets this rule as requesting or requiring private information about Coinbase, Inc.'s investors or shareholders, Coinbase, Inc. will provide such information subject to appropriate confidentiality provisions.

The undersigned reserves the right to file a supplemental statement upon any change in the information that this statement requires.

Dated:  March 23, 2018                                          KEKER, VAN NEST & PETERS LLP


                                                                By:    */s/ Steven P. Ragland*
                                                                       STEVEN P. RAGLAND
                                                                       BENJAMIN BERKOWITZ
                                                                       ERIN E. MEYER

                                                                       Attorneys for Defendants
                                                                       COINBASE, INC., BRIAN ARMSTRONG
                                                                       and DAVID FARMER

---

1

DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND
CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 4:18-cv-01364-KAW_____

1266940