Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
Email:  gnecf@classcounsel.com

Lynda J. Grant, *admitted pro hac vice*
**THE GRANT LAW FIRM, PLLC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone:  (212) 292-4441
Facsimile:  (212) 292-4442
Email:  lgrant@grantfirm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BERK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COINBASE, INC., a Delaware Corporation d/b/a Global Digital Asset Exchange ("GDAX"), Brian Armstrong and David Farmer,<br><br>Defendants. | Case No.:  3:18-cv-01364-VC<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER REGARDING SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:       Hon. Vince Chhabria<br>Courtroom: Courtroom 4 - 17th Floor |

-1-

Pursuant to the Court's order regarding the Amended Complaint, Plaintiff was granted until November 13, 2018 to file his Second Amended Complaint.  Plaintiff is working to put together the information that the Court indicated would be helpful to pleading and explaining the applicable facts and context of the asserted claims.  The parties have conferred and agreed upon a schedule that provides an additional seven days to complete this work.

The parties further conferred on the schedule for briefing the motions that Defendant will likely file in response, taking into account that the Thanksgiving, Hanukkah, Christmas and New Year's holidays will be included in the respective response times.

Plaintiff Jeffrey Berk and Defendants Coinbase, Inc., Brian Armstrong and David Farmer by and between their undersigned counsel, hereby stipulate as follows:

1. Pursuant to Order of the Court dated October 23, 2018, Plaintiff may file a Second Amended Class Action Complaint, which shall be filed on or before November 20, 2018;

2. Defendants' response, whether by answer or one or more responsive motions (e.g., to dismiss under Rule 12 of the Federal Rules of Civil Procedure and/or to compel arbitration), is due by December 20, 2018;

3. Plaintiff's opposition(s) to Defendants' motion(s) shall be due by January 17, 2018.

4. Defendants' reply brief(s) in support of their motion(s) shall be due by January 31, 2019.

5. A hearing on Defendants' motion(s) shall be scheduled on February 14, 2019 at 10:00 a.m.


DATED:  November 6, 2018                **GREEN & NOBLIN, P.C.**


                                        By:    /s/ Robert S. Green
                                               Robert S. Green

                                        *Attorneys for Plaintiff*

-2-

DATED: November 6, 2018        **KEKER, VAN NEST & PETERS LLP**

By:    /s/ STEVEN P. RAGLAND
       STEVEN P. RAGLAND

*Attorneys for Defendants*
*COINBASE, INC., BRIAN ARMSTRONG*
*and DAVID FARMER*

## ATTESTATION

I hereby attest that I have obtained concurrence in the filing of this document from each of the other persons whose signatures are indicated by a conformed signature (/S/) within this e-filed document.

DATED: November 6, 2018        /s/ Robert S. Green
       Robert S. Green

## ORDER

Pursuant to stipulation, the following is ordered:

1. Plaintiff's Second Amended Class Action Complaint shall be filed on or before November 20, 2018;

2. Defendants' response, whether by answer or motion(s), shall be filed by December 20, 2018

3. Plaintiff's opposition(s) to Defendants' motion(s) shall be filed by January 17, 2018.

4. Defendants' reply brief(s) in support of their motion(s) shall be filed by January 31, 2019.

5. Defendants' motion(s) shall be scheduled for hearing on February 14, 2019, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: _____        _____
       Honorable Vince Chhabria
       United States District Court