UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BERK,<br><br>    Plaintiff,<br><br>v.<br><br>COINBASE, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-01364-VC<br><br>**ORDER GRANTING EXTENSION AND RESETTING DEADLINES**<br><br>Re: Dkt. No. 49 |

The parties' stipulation to extend the time for Berk to file a Second Amended Class Action Complaint is granted with modifications. The Court sets the following revised deadlines:

- Berk's Second Amended Class Action Complaint is due on or before November 20, 2018;
- Defendants' response is due by December 20, 2018;
- Berk's opposition(s) to Defendants' responsive motion(s) is due by January 10, 2019;
- Defendants' reply brief(s) in support of their motion(s) is due by January 18, 2019;
- A hearing on Defendants' motion(s) is scheduled for January 31, 2019.

**IT IS SO ORDERED.**

Dated: November 9, 2018

VINCE CHHABRIA
United States District Judge