Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
Email:  gnecf@classcounsel.com

Lynda J. Grant
**THEGRANTLAWFIRM, PLLC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone:  (212) 292-4441
Facsimile:  (212) 292-4442
Email: lgrant@grantfirm.com

Attorneys for Plaintiffs

KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
SEAN M. ARENSON - # 310633
sarenson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants
COINBASE, INC., BRIAN ARMSTRONG
and DAVID FARMER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BERK, et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>COINBASE, INC., et al.,<br><br>                    Defendants. | Case No.:  18-cv-01364-VC<br><br>**THIRD JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:   June 12, 2019<br>Time:  10:00 a.m.<br><br>Judge: Hon. Vince Chhabria<br>Ctrm:  4, 17th Floor |

The parties jointly submit this Subsequent Case Management Statement in advance of the upcoming June 12, 2019 Case Management Conference.   The parties have previously submitted a full Joint Case Management Statement, *see* Dkt. 28, as well as a supplemental Second Joint Case Management Statement, *see* Dkt. 69.   Pursuant to Local Rule 16-10(d), the parties will focus this statement only on "progress or changes since the last statement was filed" and "proposals for the remainder of the case development process."

1.   **Amendment of Pleadings**

Plaintiffs requested that in the event the Court dismisses the Second Amended Class Action Complaint ("SAC"), they be granted leave to amend within 30 days.

Defendants do not believe that Plaintiffs need yet another opportunity to amend (they have already filed three different versions of their complaint).   However, if the Court denies both of Defendants' pending motions and is inclined to permit further amendment, Defendants propose that the deadline for such amendment be fourteen days after the Court issues its order on the motions.

2.   **Discovery**

A.   **Plaintiffs' Position**

Plaintiffs served a set of requests for production of documents (the "First RFPs") and interrogatories (the "First Interrogatories") on Defendants on May 10, 2018, and a second set of requests for production of documents (the "Second RFPs"), and interrogatories (the "Second Interrogatories") on October 24, 2018.   Defendants have responded and made limited document productions.   The parties have exchanged extensive correspondence concerning the adequacy of Defendants' responses to Plaintiffs' discovery requests and have engaged in at least one extensive telephonic meet and confer.   Although the parties have agreed upon certain compromises, Plaintiffs believe that certain responsive documents remain outstanding.   Plaintiffs intend to serve further discovery.   If the parties cannot resolve any outstanding issues, the parties will file a joint letter brief in accordance with the Court's Standing Order for Civil Cases ("Standing Order").

-1-

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 18-cv-01364-VC

### B.       Defendants' Position

Defendants have already gone to significant lengths to provide early discovery to Plaintiffs—including responses to no fewer than 27 RFPs and 12 interrogatories— even before Plaintiffs have settled on a theory of the case.  However, as Plaintiffs have recognized, it does not make sense to conduct additional discovery, or to burden the Court with unnecessary discovery disputes, until the pending motions (to dismiss and to compel arbitration) have been resolved.  As such, the parties have stipulated to a stay of all discovery pending resolution of those motions. *See* Dkt. 68 at 11–13 ("Plaintiffs will agree to forgo further discovery and to suspend any efforts at obtaining more discovery until the Court rules upon the Motions and the scope of the Action is clarified.").  That stipulation continues to make sense.

**3.       Class Actions**

The parties address the issue of how and when a class will be certified in the Schedule below.

**4.       Settlement and ADR**

The parties remain willing to discuss potential mediation or other forms of ADR after the resolution of the Motions.

**5.       Scheduling**

### A.       Plaintiffs' Position

Plaintiffs' proposed schedule is attached hereto as Appendix A.

Defendants' statement below falsely represents that Plaintiffs "refused to cooperate" with Defendants' procedure for developing a schedule.  Rather, Plaintiffs insisted on presenting a schedule in this CMS because the Court's rules require it.  The only thing Plaintiffs refused to cooperate on was withholding proposed schedules from the Court at this juncture.   Moreover, the schedule proposed by Plaintiffs is essentially the same schedule Defendants stipulated to previously [Dkt. No. 40], just bumped out by about 10 months to reflect the time spent on the last round of motions.

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 18-cv-01364-VC

kvmdoc1-#1327615-v3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**B.      Defendants' Position**

When the parties submitted a case management statement four weeks ago, plaintiffs proposed the following language: "The parties believe that it is premature to set forth any schedule at this stage of the Action until resolution of the [pending motions to dismiss and to compel arbitration." Defendants agreed. *See* Dkt. 68 at ¶¶ 8, 11.  Since then, Plaintiffs appear to have had a change of heart and have demanded that the parties propose case schedules even before the Court rules on the pending motions.  Defendants believe that it would make more sense for the parties to meet and confer about a schedule—and submit a joint proposal— within 14 days of any order on the pending motions.  Plaintiffs have refused to cooperate with this proposal.  As a result, Defendants now submit a proposed case schedule, which is attached hereto as Appendix B.

On a separate note, Plaintiffs' claim that Defendants previously stipulated to a similar version of their proposed schedule is incorrect.  As merely one example, Defendants did not and would not stipulate to a proposed schedule that extends fact discovery out beyond expert discovery, or which allows the parties to continue conducting "class-certification discovery" even after Defendants oppose any class-certification motion.

DATED:  June 5, 2019              **GREEN & NOBLIN, P.C.**

By:   _/s/ Robert S. Green_
Robert S. Green (SBN 136183)
James Robert Noblin (SBN 114442)
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Lynda J.  Grant
**THEGRANTLAWFIRM, PLLC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone:  (212) 292-4441
Facsimile:  (212) 292-4442

*Attorneys for Plaintiffs*

-3-

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 18-cv-01364-VC

kvndoc1-#1327615-v3-

1

2   DATED:  June 5, 2019                 **KEKER, VAN NEST & PETERS, LLP**

3

4                                        By:   */s/ Steven P. Ragland*
                                              STEVEN P. RAGLAND
5

6                                        Steven P. Ragland
                                         Benjamin Berkowitz
7                                        Erin E. Meyer
                                         Nicholas D. Marais
8                                        Sean M. Arenson
                                         633 Battery Street
9                                        San Francisco, CA  94111-1809
                                         Telephone:  (415) 391-5400
10                                       Facsimile:  (415) 397-7188
                                         Email: sragland@keker.com
11                                              bberkowitz@keker.com
                                                emeyer@keker.com
12                                              nmarais@keker.com
                                                sarenson@keker.com
13

14                                       *Attorneys for Defendants*
                                         COINBASE, INC., BRIAN ARMSTRONG
15                                       And DAVID FARMER

16                                  **<u>ATTESTATION</u>**

17          I hereby attest that I have obtained concurrence in the filing of this document from each

18   of the other persons whose signatures are indicated by a conformed signature (/S/) within this e-

19   filed document.

20

21   DATED:  June 5, 2019                 ___/s/ Robert S. Green_____
                                              Robert S. Green
22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 18-cv-01364-VC

1

### APPENDIX A: PLAINTIFFS' PROPOSED SCHEDULE

2

| Event | Date/Deadline |
|---|---|
| Deadline to Amend Pleadings | August 22, 2019 |
| Merits Experts: Opening Reports | April 6, 2020 |
| Rebuttal Reports | May 4, 2020 |
| Merits Expert Discovery Completed by | May 25, 2020 |
| Fact Discovery Cutoff | June 15, 2020 |
| Deadline to File Dispositive Motions | June 22, 2020 |
| Deadline to File Oppositions to Dispositive Motions | July 13, 2020 |
| Deadline to File Replies ISO Dispositive Motions | July 27, 2020 |
| **Hearing on Dispositive Motions** | **August 13, 2020 at 10 a.m.** |
| Deadline to File Class Cert. Motion | August 24, 2020 |
| Deadline to File Opposition to Class Cert. Motion | September 14, 2020 |
| Class Cert. Expert Discovery Cutoff<br>Deadline to File Reply ISO Class Cert. Motion | September 28, 2020 |
| **Hearing on Class Certification Motion** | **October 8, 2020 at 10 a.m.** |
| **Pretrial Conference** | **January 18, 2021<br>at 1:30 p.m.** |
| **Trial** | **February 16, 2021** |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 18-cv-01364-VC

kvmdoc1-#1327615-v3-

1

**APPENDIX B: DEFENDANTS' PROPOSED SCHEDULE**

2

| Event | Date/Deadline |
|---|---|
| Deadline to Amend Pleadings | + 14 days after order on Motions |
| All Fact Discovery Completed by | December 13, 2019 |
| Experts: Opening reports on issues on which party bears the burden of proof | February 21, 2020 |
| Experts: Rebuttal Reports | March 13, 2020 |
| All Expert Discovery Completed by | April 3, 2020 |
| Deadline to File Class Cert. Motion | April 30, 2020 |
| Deadline to File Opposition to Class Cert. Motion | May 28, 2020 |
| Deadline to File Reply ISO Class Cert. Motion | June 11, 2020 |
| **Hearing on Class Certification Motion** | **June 25, 2020 at 10am** |
| Deadline to File Dispositive Motions | July 30, 2020 |
| Deadline to File Oppositions to Dispositive Motions | August 20, 2020 |
| Deadline to File Replies ISO Dispositive Motions | September 3, 2020 |
| **Hearing on Dispositive Motions** | **September 17, 2020 at 10am** |
| Joint Pretrial Conference Statement | December 18, 2020 |
| **Pretrial Conference** | **January 18, 2021 at 1:30pm** |
| **Trial** | **February 16, 2021** |

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 18-cv-01364-VC

kvmdoc1-#1327615-v3-