Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
Email:  gnecf@classcounsel.com

Lynda J.  Grant
**THEGRANTLAWFIRM, PLLC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone:  (212) 292-4441
Facsimile:  (212) 292-4442
Email:  lgrant@grantfirm.com

Attorneys for Plaintiffs

**KEKER, VAN NEST & PETERS LLP**
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
SEAN M. ARENSON - # 310633
sarenson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendants
COINBASE, INC., BRIAN ARMSTRONG
and DAVID FARMER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BERK, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>COINBASE, INC., et al.,<br><br>        Defendants. | Case No.:  18-cv-01364-VC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  July 10, 2019<br>Time:  10:30 a.m.<br><br>Judge: Hon. Vince Chhabria<br>Ctrm:  4, 17th Floor |

The parties jointly submit this Subsequent Case Management Statement in advance of the upcoming July 10, 2019 Case Management Conference.  The parties refer the Court to their last filed Case Management Statement.  (Dkt 71.)  There have been no developments in the case since then.

DATED:  July 3, 2019                                   **GREEN & NOBLIN, P.C.**

                                                              By:   */s/ Robert S. Green*
Robert S. Green (SBN 136183)
James Robert Noblin (SBN 114442)
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Lynda J.  Grant
**THEGRANTLAWFIRM, PLLC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone:  (212) 292-4441
Facsimile:  (212) 292-4442

*Attorneys for Plaintiffs*

DATED:  July 3, 2019                                   **KEKER, VAN NEST & PETERS, LLP**

                                                              By:   */s/ Steven P. Ragland*
                                                                   STEVEN P. RAGLAND

Steven P. Ragland
Benjamin Berkowitz
Erin E. Meyer
Nicholas D. Marais
Sean M. Arenson
633 Battery Street
San Francisco, CA  94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
Email: sragland@keker.com
        bberkowitz@keker.com
        emeyer@keker.com
        nmarais@keker.com
        sarenson@keker.com

-2-

*Attorneys for Defendants*
COINBASE, INC., BRIAN ARMSTRONG
And DAVID FARMER

## **ATTESTATION**

I hereby attest that I have obtained concurrence in the filing of this document from each of the other persons whose signatures are indicated by a conformed signature (/S/) within this e-filed document.

DATED:  July 3, 2019                                  /s/ Robert S. Green
                                                                    Robert S. Green