KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
SEAN M. ARENSON - # 310633
sarenson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants
COINBASE, INC., BRIAN ARMSTRONG
and DAVID FARMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BERK, WILLIAM CROWE, PREETHAM PERIASWAMI, NATHANIEL PYRON, SPENCER SOLTAU, MICHAEL SHRIBER, and NIKO YOUNTS, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC., a Delaware Corporation d/b/a GLOBAL DIGITAL ASSET EXCHANGE ("GDAX"), BRIAN ARMSTRONG and DAVID FARMER,<br><br>Defendants. | Case No. 3:18-cv-01364-VC<br><br>**STIPULATION EXTENDING TIME TO ANSWER**<br><br>Dept.:     4, 17th Floor<br>Judge:    Hon. Vince Chhabria<br><br>Date Filed: March 1, 2018<br><br>Trial Date: None set |

Pursuant to Civil Local Rule 6-1(a), Defendants Coinbase, Inc., Brian Armstrong, and David Farmer ("Defendants") and Plaintiffs Jeffrey Berk, Spencer Soltau, Michael Shriber, William Crowe, Nathaniel Pyron, Niko Younts, and Preetham Periaswami ("Plaintiffs"), by and through their respective counsel of record, hereby jointly stipulate as follows:

WHEREAS, on August 6, 2019, the Court denied Defendants' motion to compel arbitration and granted in part and denied in part Defendants' motion to dismiss the Second Amended Class Action Complaint (ECF No. 75);

WHEREAS, Defendants' deadline to answer the Second Amended Class Action Complaint is currently August 20, 2019;

WHEREAS, the parties have conferred and, in light of defendants' counsel's schedules, agreed to extend the time to answer the Second Amended Class Action Complaint to September 3, 2019; and

WHEREAS, the stipulated extension of time would not have any effect on any other date or deadline set by the Court or on the overall schedule for the case;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE that Defendants shall have until September 3, 2019 to Answer Plaintiffs' Second Amended Class Action Complaint.

IT IS SO STIPULATED.

Dated:  August 9, 2019                                    THE GRANT LAW FIRM, PLLC


                                                          By:   */s/ Lynda J. Grant*
                                                                LYNDA J. GRANT

                                                          Attorneys for Plaintiff

Dated: August 9, 2019                                              KEKER, VAN NEST & PETERS LLP

                                                By:   */s/ Steven P. Ragland*
                                                          STEVEN P. RAGLAND

                                                  Attorneys for Defendants
                                                  COINBASE, INC., BRIAN ARMSTRONG
                                                  and DAVID FARMER

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

Dated: August 9, 2019

                                                  By:   */s/ Steven P. Ragland*
                                                          STEVEN P. RAGLAND