KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
NICHOLAS D. MARAIS - # 277846
nmarais@keker.com
SEAN M. ARENSON - # 310633
sarenson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants
COINBASE, INC., BRIAN ARMSTRONG
and DAVID FARMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BERK, WILLIAM CROWE, PREETHAM PERIASWAMI, NATHANIEL PYRON, SPENCER SOLTAU, MICHAEL SHRIBER, and NIKO YOUNTS, on behalf of themselves and all others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>COINBASE, INC., a Delaware Corporation d/b/a Global Digital Asset Exchange ("GDAX"), Brian Armstrong and David Farmer,<br><br>          Defendants. | Case No. 3:18-cv-01364 -VC<br><br>**DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Ctrm:    4, 17th Floor<br>Judge:   Hon. Vince Chhabria<br><br>Date Filed: March 1, 2018<br><br>Trial Date: None set |

**NOTICE IS HEREBY GIVEN** that Defendants Coinbase, Inc., Brian Armstrong, and David Farmer (collectively, "Defendants") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Denying Motion to Compel Arbitration (ECF. No. 75) entered in this action on August 6, 2019, and all other orders and rulings preventing arbitration of this case.

Dated:  August 12, 2019                        KEKER, VAN NEST & PETERS LLP

                                   By:    */s/ Steven P. Ragland*
                                          STEVEN P. RAGLAND

                                          Attorneys for Defendants
                                          COINBASE, INC., BRIAN ARMSTRONG
                                          and DAVID FARMER