Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
Email:  gnecf@classcounsel.com

Lynda J.  Grant
**THEGRANTLAWFIRM, PLLC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone:  212-292-4441
Facsimile:  212-292-4442
Email:  lgrant@grantfirm.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BERK, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COINBASE, INC., et al.,<br><br>Defendants. | Case No.: 3:18-cv-01364-VC<br><br>**[PROPOSED] ORDER COMPELLING PRODUCTION OF DOCUMENTS** |

Having considered the Joint Letter dated July 1, 2020, submitted by the parties, regarding whether certain documents should be produced by Coinbase, Inc.  ("Coinbase"):

**IT IS HEREBY ORDERED THAT:**

Coinbase will produce the following documents with twenty (20) days from entry of this Order:

/////

/////

[PROPOSED] ORDER COMPELLING PRODUCTION OF DOCUMENTS

(1) The documents which defendants reviewed or upon which they relied in determining to proceed with the launch ("Launch") of bitcoin cash ("BCH") when they did, including any document upon which defendants relied in determining that Coinbase was technologically capable of handling the Launch. (Request No. 17).

(2) The documents upon which defendants relied in determining to halt trading of BCH on December 19, 2017. (Request No. 17).

(3) Communications with employees regarding Coinbase's determination to provide full support for the trading of BCH. (Request No. 18).

(4) Communications with the Chicago Mercantile Exchange ("CME") concerning its launch of Bitcoin futures contracts. (Request No. 19).

(5) The documents reviewed in connection with the internal investigation of the Launch. (Request No. 20).

**IT IS SO ORDERED.**

Date:

Hon. Vince Chhabria