KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
MAYA PERELMAN - # 318554
mperelman@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant.
COINBASE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BERK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC.,<br><br>Defendant. | Case No. 4:18-cv-01364-VC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' REQUEST TO COMPEL PRODUCTION**<br><br>Judge:       Hon. Vince Chhabria<br><br>Date Filed: March 1, 2018<br><br>Trial Date: None set |

1  On July 1, 2020, Plaintiffs and Defendants submitted a Joint Discovery Letter in which
2  Plaintiffs requested that this Court order Coinbase to produce documents in response to five
3  document requests. Having read and considered the parties' papers and relevant authorities
4  submitted by the parties in connection therewith, and good cause appearing, the Court ORDERS
5  as follows:
6  Plaintiffs' request to compel production is DENIED in its entirety.

10  **IT IS SO ORDERED.**

12  Dated: _____, 2020          _____
13                                        HONORABLE Vince Chhabria
                                          U.S. District Court Judge