UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BERK,<br><br>        Plaintiff,<br><br>   v.<br><br>COINBASE, INC., et al.,<br><br>        Defendants. | Case No. 18-cv-01364-VC<br><br>**ORDER RE DISCOVERY LETTER**<br>Re: Dkt. No. 92 |

      The plaintiffs do not need to know which documents were reviewed as part of Coinbase's internal investigation. However, the remaining requests are reasonable, would certainly be permissible in litigation, and would likely be permissible in arbitration to ensure a fair process. Accordingly, the plaintiffs' motion to compel is granted except for Request No. 20. To be clear, many of the documents responsive to Request No. 20 will also no doubt be responsive to the other requests and thus Coinbase must disclose them, but it need not identify those documents as having been reviewed in connection with the internal investigation. Each side will bear its own costs in this discovery dispute.

      **IT IS SO ORDERED.**

Dated: July 2, 2020

                                                  VINCE CHHABRIA<br>
                                                  United States District Judge