UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 14 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFFREY BERK; et al.,<br><br>            Plaintiffs - Appellees,<br><br>  v.<br><br>COINBASE, INC., a Delaware corporation, DBA Global Digital Asset Exchange, GDAX; et al.,<br><br>            Defendants - Appellants. | No. 19-16594<br><br>D.C. No. 3:18-cv-01364-VC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered December 23, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7