**GREEN & NOBLIN, P.C.**
Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

**THEGRANTLAWFIRM, PLLC**
Lynda J. Grant
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone: (212) 292-4441
Facsimile: (212) 292-4442
Email: lgrant@grantfirm.com

Attorneys for Plaintiffs

**KEKER, VAN NEST & PETERS LLP**
STEVEN P. RAGLAND - # 221076
sragland@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
MAYA PERELMAN - # 318554
mperelman@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CROWE, NATHANIEL PYRON, SPENCER SOLTAU, MICHAEL SHRIBER, and JEFFREY BERK, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>COINBASE, INC.,<br><br>      Defendant. | Case No. 3:18-cv-01364-VC<br><br>**JOINT STIPULATION DISMISSING ACTION**<br><br>Dept.:    4, 17th Floor<br>Judge:   Hon. Vince Chhabria<br><br>Date Filed: March 1, 2018<br><br>Trial Date: None set |

TO THIS HONORABLE COURT:

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiffs William Crowe, Nathaniel Pyron, Spencer Soltau, Michael Shriber and Jeffrey Berk and Defendant Coinbase, Inc., through their respective counsel of record, to jointly dismiss this action with prejudice, with each party to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: March 30, 2021                              KEKER, VAN NEST & PETERS LLP


By:  *s/Steven P. Ragland*
     STEVEN P. RAGLAND
     ERIN E. MEYER
     MAYA PERELMAN

Attorneys for Defendant

Dated: March 30, 2021                              THEGRANTLAWFIRM, PLLC
                                                         LYNDA J. GRANT

GREEN & NOBLIN, P.C.


By:  *s/ Robert S. Green*
     ROBERT S. GREEN
     JAMES R. NOBLIN

Attorneys for Plaintiffs

# ATTESTATION

I hereby attest that I have obtained concurrence in the filing of this document from each of the other persons whose signatures are indicated by a conformed signature (/S/) within this e-filed document.

DATED: March 30, 2021                              /s/ Robert S. Green
                                                                          Robert S. Green